| | | |
|---|---|---|
| **ATTORNEY GRIEVANCE COMMISSION OF MARYLAND** | * | IN THE |
| | * | **COURT OF APPEALS** |
| **v.** | * | **OF MARYLAND** |
| | * | **Misc. Docket AG No. 101** |
| **ROBERT Z. BOHAN** | * | **September Term, 2020** |

## ORDER

Upon consideration of the Joint Petition of the Attorney Grievance Commission of Maryland and the Respondent, Robert Z. Bohan, to disbar the Respondent from the practice of law it is this 25th day of June, 2021

**ORDERED,** by the Court of Appeals of Maryland, that the Respondent, Robert Z. Bohan, be disbarred from the practice of law in the State of Maryland, effective August 23, 2021, for violation of Rules 8.4(a), (b), (c) and (d) of the Maryland Lawyers' Rules of Professional Conduct and for violation of § 10-306 of the Maryland Code, Business Occupations and Professions Article; and it is further

**ORDERED**, that on August 23, 2021, the Clerk of this Court shall remove the name of Robert Z. Bohan from the register of attorneys in this Court, and certify that fact to the Trustees of the Client Protection Fund of the Bar of Maryland and all Clerks of all judicial tribunals in this State in accordance with Maryland Rule 19-761.

Pursuant to Maryland Uniform Electronic Legal Materials Act
(§§ 10-1601 et seq. of the State Government Article) this document is authentic.

/s/ Robert N. McDonald
Senior Judge

Suzanne C. Johnson, Clerk